FEDERAL DEFENDER'S OFFICE

EASTERN DISTRICT OF CALIFORNIA ♦ FRESNO

FILED
2005 NOV -8 P 2: 05
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____

# MEMORANDUM

DATE:     November 4, 2005

TO:       The Honorable Dennis L. Beck

FROM:     Carrie S. Leonetti, Assistant Federal Defender

SUBJECT:  *United States v. Douglas Goodman*
          Case No. 6:05-mj-00219 WMW
==================================================================

The defendant in the above-entitled case hereby makes an *ex parte* application for subpoenas to be issued for five (5) witnesses in the Counties of Madera, Mariposa and Tuolumne, pursuant to Fed.R.Crim.P. 17(b).

The defendant previously showed an inability to pay witness fees, when this office was appointed pursuant to the Criminal Justice Act. Defense counsel believes that the witnesses' presence are necessary for an adequate defense.

Please order the issuance of the subpoena as requested by signing this memorandum, filing it with the Clerk, and returning a copy to our office.

_____

# ORDER

Pursuant to Rule 17(b), Federal Rules of Criminal Procedure, it is ordered that subpoenas be issued as requested, and that process costs and witness fees be paid in the same manner as those paid for witnesses the government subpoenas.

DATED: 11/8/2005

_____
HON. DENNIS L. BECK
U.S. Magistrate Court Judge